LAUKEY
18515 Belle Cote Dr.
Crosby, TX 77532

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
APR 2 0 2015
CHRISTOPHER A. PRINE
CLERK

attn: Please

Clerk of the Court of Appeals

Court of Appeals
1st District
301 Fannin Street
Houston, TX 77002-2066

NORTH HOUSTON TX 770

17 APR 2015 PM 9 L

FOREVER
USA

Please send me a quote for the transcripts received from Harris County Courts.

Thank You,

Darla Lackey

COA # 01-91-00902-CR

"I know the plans I have for you." Jer. 29:11